UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

SHAWN P. WILLIAMSON                                              PLAINTIFF

v.                                           CIVIL ACTION NO. 3:07CV-P482-M

LARRY D. CHANDLER *et al.*                               DEFENDANTS

**MEMORANDUM OPINION**

This matter is before the Court on Defendant Haas' motion to dismiss for failure to prosecute. Upon review of the record, the Court will grant the motion.

Plaintiff filed this action while incarcerated at the Kentucky State Reformatory. By Memorandum Opinion and Order entered January 11, 2008, the Court, on initial review of the complaint pursuant to 28 U.S.C. § 1915A and *McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997), allowed Plaintiff's Eighth Amendment individual capacity claims and his medical malpractice claims to proceed against Defendants Haas and Greenman for further development. Also on January 11, 2008, the Court entered a Scheduling Order setting discovery, pretrial memoranda, and dispositive motion deadlines. Plaintiff has failed to comply with any of the deadlines in the Court's Order. Additionally, he has not responded to Defendant's motion to dismiss or his motion for summary judgment.

The Court finds that for all intents and purposes Plaintiff has abandoned any interest in prosecuting this action, warranting dismissal of his claims against Defendants. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629, (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 363 (6th Cir. 1999) ("[A] case is properly dismissed by the district court where there is a clear record of delay or contumacious conduct.").

Consequently, the Court will, by separate Order, grant Defendant's motion to dismiss and

dismiss the action.

Date:

cc: Plaintiff, *pro se*
 Counsel of record
 Defendant Greenman
4414.008